THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department
 of Social Services, Respondent,
 v.
 Baronica S. and Kendall C.,
 in the interest of T. S. and J. S., of whom Kendall C. is Appellant.
 
 
 

Appeal From Lee County
Gordon B. Jenkinson, Family Court Judge

Unpublished Opinion No. 2009-UP-023
Submitted January 2, 2009  Filed January 13, 2009    

AFFIRMED

 
 
 
 Charles
 T. Brooks, III, for Appellant.
 Deborah
 Truett Nielsen, of Sumter, for Respondent.
 Lauren
 Stevens, of Sumter, for Guardian Ad Litem.
 
 
 

PER
 CURIAM:  Kendall C. appeals the
 termination of his parental rights to T. S. and J. S.  Upon a thorough review of the record and
 the family courts findings of fact and conclusions of law, pursuant to Ex
 Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious
 issues warrant briefing.  Accordingly, we affirm the family courts ruling and
 relieve counsel. 
AFFIRMED. [1]
WILLIAMS,
PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.